UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:09-00011 |
| | ) | JUDGE CAMPBELL |
| FONTAIN BODROGI WHITE | ) | |

## ORDER

Pending before the Court is Fontain Bodrogi White's Joint Motion to Continue Supervised Release Revocation Hearing (Docket No. 61). The Motion is GRANTED.

The hearing on the Petition alleging violations of Defendant's Conditions of Supervision is CONTINUED to April 1, 2016, at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE